# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Walter Michel | ) Case No: 5:98CR109-1 |
| | ) USM No: 13508-058 |
| Date of Previous Judgment: 6/22/99 | ) Tanzania C. Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
 ❏ DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __168__ months **is reduced to** __time served plus 10 days__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __35__     Amended Offense Level: __33__
Criminal History Category: __I__     Criminal History Category: __I__
Previous Guideline Range: __168__ to __210__ months    Amended Guideline Range: __135__ to __168__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
■ The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏ Other (explain):

**III. ADDITIONAL COMMENTS**
It is further ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer. Additionally, the Bureau of Immigration and Customs Enforcement shall be notified of the defendant's pending release as they have a

Except as provided above, all provisions of the judgment dated __6/22/99__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: August 4, 2008

Effective Date: August 14, 2008
(if different from order date)

Richard L. Voorhees
United States District Judge